JS-6

GARY A. DORDICK, ESQ. (SBN 128008)
gary@dordicklaw.com
**LAW OFFICES OF GARY A. DORDICK**
CARA L. EISENBERG, ESQ. (SBN128208)
cle@eisenberglawfirm.com
**THE EISENBERG LAW FIRM**
509 South Beverly Drive
Beverly Hills, California 90212-4414
Telephone: (310) 201-0211
Facsimile: (310) 551-1644

JOHN N. QUISENBERRY, ESQ. (SBN 94751)
jquisenberry@quislaw.com
ROBERT J. DREXLER, JR., ESQ. (SBN 119119)
rdrexler@quislaw.com
**THE QUISENBERRY LAW FIRM**
2049 Century Park East, Suite 2200
Los Angeles, California 90067
Telephone: (310) 785-7966
Facsimile: (310) 785-0254

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA FERNANDEZ and MONICA REYNA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VICTORIA'S SECRET STORES, INC., a corporation; and DOES 1 THROUGH 50, Inclusive,<br><br>Defendant. | **CASE NO.:** CV 06-04149 MMM (SHX)<br><br>Assigned to the Hon. Margaret M. Morrow<br><br>**[PROPOSED] FINAL JUDGMENT**<br><br>**[Filed Concurrently With Memorandum of Points and Authorities Filed in Support Thereof; Declarations of John N. Quisenberry, Robert J. Drexler, Jr., Cara Eisenberg, Class Administrator Matthew E. Pohl, Suzanne K. Richards, Cynthia Fernandez and Monica Reyna in Support Thereof; and Order Granting Final Approval and Final Judgment]**<br><br>Date: July 21, 2008<br>Time: 10:00 a.m.<br>Ctrm: Courtroom 789 |

PURSUANT TO Fed.R.Civ.P. 23(c) and 54, IT IS HEREBY ADJUDGED AND DECREED THAT:

1

1. Unless otherwise provided herein, all capitalized terms in this Final Judgment shall have the same meaning as set forth in the parties' "Class Action Settlement Agreement" dated January 10, 2008.

2. The settlement of Settled Claims on the terms set forth in the Settlement Agreement is approved, and the following class is granted final certification:
> All applicants for hourly sales positions (sales associates, sales support associates and cashiers) of Victoria's Secret between March 29, 2002 and August 7, 2007 in California who had a job preview.

3. Individual notice was sent to the last-known address of each Class Member and follow-up notification procedures for undelivered notices outlined in the Notice Plan were completed on behalf of the parties. Notice by publication was also made as approved by the Court and as set forth in the Settlement Agreement. The Court finds and orders that all Eligible Class Members (those Class Members who did not timely and properly opt out) are bound by this Final Judgment. In addition, all Eligible Class Members who filed a valid Claim Form as required by the Settlement Agreement and therefore chose to participate in the settlement, also are deemed to have released any and all Settled Claims (as defined in the Settlement Agreement).

4. The Settled Claims in this action are dismissed on the merits and with prejudice according to the terms and conditions set forth in the Settlement Agreement and in the Court's Final Order Approving Class Action Settlement, dated July 21, 2008, without costs charged to any party except as provided therein.

5. The court awards each of the named plaintiffs $5,000 in settlement of their claims.

THE QUISENBERRY LAW FIRM

1
2       6.      The court awards class counsel $2,890.000 in fees and $148,402.82 in
3  costs.
4
5       Dated: July 22, 2008
6
7                                                  _____
8                                                  HONORABLE MARGARET M. MORROW
                                                   JUDGE OF THE UNITED STATES
9                                                  DISTRICT COURT FOR THE CENTRAL
10                                                 DISTRICT OF CALIFORNIA

3

198199.1

Case No. CV 06-4149 MMM (SHX)
FINAL JUDGMENT